STATE OF NEW JERSEY v. PATRICIA KURYLLO.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES NAPPER.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH HAMM.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND F. GARFOLE.

June 23, 1977. Petition for certification denied. (See 148 *N. J. Super.* 127)

IRWIN SIMON v. MARILYN SIMON.

June 23, 1977. Petition for certification denied. (See 148 *N. J. Super.* 40)

IRWIN SIMON v. MARILYN SIMON.

June 23, 1977. Cross Petition for certification denied. (See 148 *N. J. Super.* 40)